**Rolf R. VAUGHAN, Plaintiff/Appellant,**

v.

**BURLINGTON NORTHERN RAILROAD COMPANY, Defendant/Respondent.**

No. 66984.

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 17, 1995.

C. Marshall Friedman, Kenneth E. Rudd, St. Louis, for appellant.

Gerard F. Hempstead, William A. Brasher, St. Louis, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES, JJ.

*ORDER*

PER CURIAM.

Plaintiff, Rolf Vaughan, brought suit under the Federal Employers' Liability Act, 45 U.S.C. § 51 et seq., to recover for injuries he sustained while employed by Defendant, Burlington Northern Railroad Company. Plaintiff now appeals from an adverse jury verdict. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b). Defendant's motion to dismiss the appeal for Plain-

tiff's noncompliance with Rule 84.04(c) is denied.